IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED DATA TECHNOLOGIES, INC. ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:16-0139 |
| ) | Judge Campbell / Frensley |
| ) | |
| SCOTT BYERS, et al. ) | |
|     Defendant(s) ) | |

## O R D E R

On February 21, 2018, Defendants filed a Motion for Summary Judgment and supporting documents. Docket Nos. 73-78. According to the Case Management Order filed on November 15, 2017, by Judge Trauger, Plaintiff's Response is due on or before March 28, 2018, and Defendants' Reply is due on or before April 11, 2018. Docket No. 66. Any filings made related the Motion for Summary Judgment (for extensions of time, exceed the page limits, seal documents, or make manual filings) shall be considered by William L. Campbell, District Judge.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge